IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEROME INGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.  10-0488-KD-B |
| | ) |
| ORKIN PEST CONTROL, INC. | ) |
| | ) |
| Defendant. | ) |

## ORDER

This action is before the Court on notification from the parties that they have reached a settlement agreement and request a period of thirty (30) days to finalize the settlement documents.

Accordingly, it is **ORDERED** that the above-styled action is **DISMISSED with prejudice** from the active docket of this Court subject to the right of either party to reinstate the action within thirty (30) days of the date of this Order should the settlement agreement not be consummated.

No other order shall be forthcoming from the court except upon application for final judgment as prescribed by Fed. R. Civ. P. 58.

Each party shall bear their own costs unless otherwise agreed by the parties.

**DONE** and **ORDERED** this 16th day of November, 2011.

    s / Kristi K DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**